*STATEMENT OF FACTS*

Case: 1:24-mj-00129
Assigned To : Harvey, G. Michael
Assign. Date : 4/10/2024
Description: Complaint W/ Arrest Warrant

Your affiant, ███████████, is a Special Agent assigned to the Cincinnati Federal Bureau of Investigation (FBI) Field Office, and Entered on Duty on 01/10/2016. I was first assigned to the Washington Field Office, where I worked Foreign Counterintelligence investigations, specializing in Espionage and Media Leaks cases. I transferred to the Cincinnati Division in 2019, where I continued working Foreign Counterintelligence, before being assigned to the Joint Terrorism Task force in January of 2023. Prior to the FBI, I worked as a Police Officer in Knoxville, Tennessee from 2007-2016, where I served in the Patrol Division, and later as an Investigator, working child abuse and other special investigations. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

## BACKGROUND

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice

President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

## CHAMBERS' ACTIONS ON JANUARY 6TH

The FBI received a tip that JACK CHAMBERS was the individual flagged by the FBI as "Insider 883" in relation to the January 6, 2021 riot. Upon being interviewed by law enforcement officers, CHAMBERS acknowledged going to Washington D.C. on January 6. CHAMBERS stated that he and a friend drove from South Lebanon, OH to Washington, D.C., sleeping in the car overnight.

CHAMBERS informed law enforcement officers that he had attended the rally at the Ellipse on January 6, 2021 before following the crowd of other rioters to the United States Capitol.

When shown several photos from the January 6, 2021, including Photo 1, below, CHAMBERS confirmed that the photos were of himself inside the Capitol building and/or on the Capitol grounds.



Photo 1: Open-source photo showing CHAMBERS (highlighted in yellow) inside the Capitol building.

On January 6, 2021, JACK CHAMBERS was present on the Capitol grounds and inside the Capitol building, both of which were restricted to the public. According to CCTV footage and open-source video, CHAMBERS was wearing a navy padded jacket, a black face mask, a black

Trump hat with white and blue lettering and an American flag patch on the left side, khaki pants, and dark sneakers with white soles, as shown below in Photos 2 and 3.



Photo 2: Screen grab showing CHAMBERS (highlighted in yellow) entering the Capitol building.

JACK CHAMBERS entered the Capitol building through the Senate Parliamentarian Door at approximately 2:53:22 p.m. EST, less than twelve minutes after the Capitol building was breached in the same location for the second time.



Photo 3: Screen grab showing CHAMBERS (highlighted in yellow) entering the Capitol building.

From the Senate Parliamentarian Door, JACK CHAMBERS made his way through the halls on the first floor of the Capitol, down the Brumidi Corridor. He passed by an exit to the North side of the Capitol building at approximately 3:01:17 p.m. EST, as shown in Photo 4, below.



Photo 4: Screen grab showing CHAMBERS (highlighted in yellow) walking through the Brumidi Corridor.

JACK CHAMBERS left the Capitol building through the Senate North Door at approximately 3:06:55 p.m. EST, as shown in Photo 5, below.



Photo 5: Screen grab showing CHAMBERS (highlighted in yellow) exiting through the Senate North Door.

Based on the foregoing, your affiant submits that there is probable cause to believe that JACK CHAMBERS violated 18 U.S.C. §§ 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Based on the foregoing, your affiant submits there is probable cause to believe that JACK CHAMBERS violated 40 U.S.C. §§ 5104(e)(2)(D) and (G) which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in a Capitol Building.

███████████████████████

████████████████

Federal Bureau of Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of April 2024.

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE